UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHU SHEN WU,<br><br>    Plaintiff,<br><br>  v.<br><br>SHERATON OPERATING CORPORATION d/b/a SHERATON ATLANTIC CITY COVENTION CENTER HOTEL, MARRIOT INTERNATIONAL, INC., HEADQUARTERS HOTEL MANAGEMENT, L.L.C., HEADQUARTERS HOTEL ASSOCIATES, L.P., SCANNAPIECO HOTEL DEVELOPMENT CORPORATION, SCANNAPIECO HOTEL ASSOCIATES, LLP, JOHN DOE 1 – 10 (fictitious Name), ABC CORP. 1 – 10 (fictitious Name) and XYZ CORP. 1 – 10 (fictitious Name),<br><br>    Defendants. | DOCKET NO.:  23-22985 (CPO)(EAP)<br><br>CIVIL ACTION<br><br>**ORDER** |

THIS matter having come before the Court on Plaintiff Shu Shen Wu's application for an Order seeking production of Plaintiff's lien information;

WHEREAS, Plaintiff Shu Shen Wu's counsel has informed this Court that he has filed multiple inquires with the New York City Human Resources Administration – Department of Social Services to inquire into the existence and extent of any claim of a lien on any potential tort recovery on behalf of Plaintiff; and

WHEREAS, according to counsel, the New York City Human Resources Administration – Department of Social Services has been in possession of Plaintiff's latest formal request for information pertaining to the existence and extent of any claim of a lien on any potential tort recovery on behalf of plaintiff since October 2023 and has failed to provide responsive information and/or a request for further information; and

WHEREAS, based on the foregoing, the Court finds that the New York City Human Resources Administration – Department of Social Services has failed to provide responsive information regarding any claim of a lien pertaining to Plaintiff Shu Shen Wu, which impairs the Court's ability to move this case forward; therefore,

**IT IS** this **24th** day of **July 2024;**

**ORDERED** that the New York City Human Resources Administration – Department of Social Services shall provide to The Law Offices of Joseph Monaco, 800 Kinderkamack Road, Suite 202S, Oradell, NJ 07649 evidence and information pertaining to the existence and extent of any claim of a lien on any potential tort recovery on behalf of Plaintiff Shu Shen Wu within **thirty (30) days** of service of this Order; it is further

**ORDERED** that service of this Order upon the New York City Human Resources Administration – Department of Social Services by certified mail at the New York City Human Resources Administration – Department of Social Services, Office of Legal Affairs, 150 Greenwich Street, 38th Floor, New York, NY 10007 is deemed sufficient service of this Order.

_____
HON. ELIZABETH A. PASCAL
UNITED STATES MAGISTRATE JUDGE