UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHU SHEN WU,<br>                  Plaintiff,<br>vs.<br>SHERATON OPERATING CORPORATION d/b/a SHERATON ATLANTIC CITY CONVENTION CENTER HOTEL, MARRIOT INTERNATIONAL, INC., HEADQUARTERS HOTEL MANAGEMENT, L.L.C., HEADQUARTERS HOTEL ASSOCIATES, L.P., SCANNAPIECO HOTEL DEVELOPMENT CORPORATION, SCANNAPIECO HOTEL ASSOCIATES, LLP, JOHN DOE 1-10 (fictitious Name), ABC Corp. 1-10 (fictitious Name) and XYZ Corp. 1-10 (fictitious Name),<br>                  Defendants. | Civil Action No. 1:23-cv-22985- CPO-EAP<br><br>STIPULATION OF DISMISSAL |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice and without costs pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: September 24, 2024

| | |
|---|---|
| The Law Office of<br>Joseph Monaco | Wade Clark Mulcahy, LLP |
| s/ Joseph Monaco<br>Joseph Monaco<br>Attorney for Plaintiff | /s Gary Smith<br>Gary Smith<br>Attorney for Defendants |